UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA            :
                                    :
v.                                  :  CASE NO. 94-108-Cr-FTM-24-D
                                    :
JERMAINE A. YOUNG,                  :
WILLIE JAMES COLBERT, JR., a/k/a    :
"Hit Man", and                      :
TONJA LAVERNE YOUNG                 :

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about November 16, 1994, through on or about November 17, 1994, in Charlotte County, in the Middle District of Florida and elsewhere,

JERMAINE A. YOUNG,
WILLIE JAMES COLBERT, JR., a/k/a
"Hit Man", and
TONJA LAVERNE YOUNG,

defendants herein, did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to, with the intent to cause death and serious bodily harm, take from the person and presence of another, namely, Donna Jean Anderson, by force and violence and by intimidation, a motor vehicle, that is, a Chevrolet Astro Van, that had been transported, shipped, and received in interstate commerce, in violation of Title 18, United States Code, Section 2119.

### OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Middle District of Florida, and elsewhere:

1. On or about November 16, 1994, as other co-conspirators sat in an adjacent stolen white Buick, defendants Jermaine A. Young and Willie James Colbert, Jr., with the use of firearms, ordered and forced Donna Jean Anderson into her Chevrolet Astro van as she was entering the vehicle in the parking lot of the Port Charlotte Town Center mall. During this abduction, defendant Tonja Laverne Young got out of the white Buick and stood to the rear of the victim's van.

2. On or about November 16, 1994, defendants Jermaine A. Young, Willie James Colbert, Jr., Tonja Laverne Young and other co-conspirators abducted Donna Jean Anderson and drove her Chevrolet Astro van from Port Charlotte, Florida, to Albany, Georgia.

3. On or about November 16, 1994, while defendants Willie James Colbert, Jr., Tonja Laverne Young and other co-conspirators were present in the Chevrolet van holding victim Donna Jean Anderson against her will, defendant Jermaine A. Young threatened Donna Jean Anderson by telling her that if she did not cooperate and be quiet she would be killed.

4. On or about November 16, 1994, while defendants Willie James Colbert, Jr., Tonja Laverne Young and other co-conspirators were present in the Chevrolet van holding victim Donna Jean Anderson against her will, defendant Jermaine A. Young burned Donna Jean Anderson with a cigarette lighter from the Chevrolet van, and repeatedly struck and kicked Donna Jean Anderson.

5. On or about November 16, 1994, defendants Jermaine A. Young, Willie James Colbert, Jr., Tonja Laverne Young caused Donna

Jean Anderson's mouth to be taped, her hands and feet to be tied, and forced her to lie on the floor of the Chevrolet van.

6. On or about November 16, 1994, in the Albany, Georgia area, defendants Jermaine A. Young and Willie James Colbert, Jr. drove victim Donna Jean Anderson and the Chevrolet van to a marina on the Flint River where they attempted to drown Donna Jean Anderson by driving the van and victim down the boat ramp into the water.

7. On or about November 16, 1994, in the Albany, Georgia area, defendants Jermaine A. Young and Willie James Colbert, Jr. dragged victim Donna Jean Anderson out of the van and carried her to a remote wooded area where they tried to beat the victim to death and threw her into the bushes leaving her for dead.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

On or about November 16, 1994, in Charlotte County, in the Middle District of Florida,

JERMAINE A. YOUNG,
WILLIE JAMES COLBERT, JR., a/k/a
"Hit Man", and
TONJA LAVERNE YOUNG,

defendants herein, did knowingly and willfully with the intent to cause death and serious bodily harm take from the person and presence of another, namely, Donna Jean Anderson, by force and violence and by intimidation, a motor vehicle, that is, a Chevrolet Astro Van, that had been transported, shipped, and received in interstate commerce.

3

In violation of Title 18 United States Code, Section 2119, and Section 2.

## COUNT THREE

From on or about November 16, 1994, through on or about November 17, 1994, in Charlotte County, in the Middle District of Florida and elsewhere,

        JERMAINE A. YOUNG,
WILLIE JAMES COLBERT, JR., a/k/a
        "Hit Man", and
        TONJA LAVERNE YOUNG,

defendants herein, did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to unlawfully seize, confine, kidnap, abduct, and carry away and hold a person, namely, Donna Jean Anderson and willfully transport Donna Jean Anderson in interstate commerce from Port Charlotte, Florida, to Albany, Georgia, in violation of Title 18, United States Code, Section 1201(a).

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Middle District of Florida, and elsewhere:

1. On or about November 16, 1994, as other co-conspirators sat in an adjacent stolen white Buick, defendants Jermaine A. Young and Willie James Colbert, Jr., with the use of firearms, ordered and forced Donna Jean Anderson into her Chevrolet Astro van as she was entering the vehicle in the parking lot of the Port Charlotte Town Center mall. During this abduction, defendant Tonja Laverne

Young got out of the white Buick and stood to the rear of the victim's van.

2. On or about November 16, 1994, defendants Jermaine A. Young, Willie James Colbert, Jr., Tonja Laverne Young and other co-conspirators abducted Donna Jean Anderson and drove her Chevrolet Astro van from Port Charlotte, Florida, to Albany, Georgia.

3. On or about November 16, 1994, while defendants Willie James Colbert, Jr., Tonja Laverne Young and other co-conspirators were present in the Chevrolet van holding victim Donna Jean Anderson against her will, defendant Jermaine A. Young threatened Donna Jean Anderson by telling her that if she did not cooperate and be quiet she would be killed.

4. On or about November 16, 1994, while defendants Willie James Colbert, Jr., Tonja Laverne Young and other co-conspirators were present in the Chevrolet van holding victim Donna Jean Anderson against her will, defendant Jermaine A. Young burned Donna Jean Anderson with a cigarette lighter from the Chevrolet van, and repeatedly struck and kicked Donna Jean Anderson.

5. On or about November 16, 1994, defendants Jermaine A. Young, Willie James Colbert, Jr., Tonja Laverne Young caused Donna Jean Anderson's mouth to be taped, her hands and feet to be tied, and forced her to lie on the floor of the Chevrolet van.

6. On or about November 16, 1994, in the Albany, Georgia area, defendants Jermaine A. Young and Willie James Colbert, Jr. drove victim Donna Jean Anderson and the Chevrolet van to a marina on the Flint River where they attempted to drown Donna Jean

Anderson by driving the van and victim down the boat ramp into the water.

7. On or about November 16, 1994, in the Albany, Georgia area, defendants Jermaine A. Young and Willie James Colbert, Jr. dragged victim Donna Jean Anderson out of the van and carried her to a remote wooded area where they tried to beat the victim to death and threw her into the bushes leaving her for dead.

All in violation of Title 18, United States Code, Section 1201(c).

## COUNT FOUR

On or about November 16, 1994, in Charlotte County, in the Middle District of Florida, the defendants,

JERMAINE A. YOUNG,
WILLIE JAMES COLBERT, JR., a/k/a
"Hit Man", and
TONJA LAVERNE YOUNG,

defendants herein, did knowingly, willfully, and unlawfully seize, confine, kidnap, abduct, and carry away and hold a person, namely, Donna Jean Anderson and willfully transport Donna Jean Anderson in interstate commerce from Port Charlotte, Florida, to Albany, Georgia.

In violation of Title 18, United States Code, Section 1201(a), and Section 2.

## COUNT FIVE

On or about November 16, 1994, in Charlotte County, in the Middle District of Florida, the defendants,

JERMAINE A. YOUNG, and
WILLIE JAMES COLBERT, JR., a/k/a
"Hit Man",

6

defendants herein, did knowingly use and carry firearms, namely, a Smith & Wesson .38 caliber revolver, Model 36, and an F.I.E .22 caliber revolver, Model E15, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, Carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count Two of this Indictment, which is incorporated by reference as though fully set forth herein, and Kidnapping, in violation of Title 18, United States Code, Section 1201(a), as charged in Count Four of this Indictment, which is incorporated by reference as though fully set forth herein.

In violation of Title 18, United States Code, Section 924(c), and Section 2.

A TRUE BILL

_____
FOREPERSON

CHARLES R. WILSON
United States Attorney

BY: _____
JEFFREY F. MICHELLAND
Assistant United States Attorney

BY: _____
DOUGLAS MOLLOY
Managing Assistant United States Attorney

7

FORM OBD-34
APR. 91

No. _____

# UNITED STATES DISTRICT COURT

MIDDLE   District of   FLORIDA

FORT MYERS   Division

## THE UNITED STATES OF AMERICA

vs.

Jermaine A. Young,
Willie James Colbert, Jr., a/k/a
"Hit Man" and
Tonja Laverne Young

## INDICTMENT

IN VIOLATION OF:   18 U.S.C. § 371
18 U.S.C. § 2119
18 U.S.C. § 1201(c)
18 U.S.C. § 1201(a)
18 U.S.C. § 924(c)

A true bill

_____ Foreman

Filed in open court this _____ day,

of _____ A.D. 19___

_____ Clerk

Bail $